UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLSHAN FROME WOLOSKY LLP,

                Plaintiff,

-against-

PANTHEON ENVIRONMENTAL, LLC a/k/a
PANTHEON ENVIRONMENTAL, INC.,
ALBERT McLELLAND, GENTRY BEACH,
ELIZABETH SCHICK and ERIC SCHICK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/22/2020_____

20 Civ. 2415 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties having consented to have the Honorable Robert W. Lehrburger conduct all proceedings in this matter, *see* ECF No. 37, it is ORDERED that the initial pretrial conference scheduled for May 28, 2020, *see* ECF No. 23, before the Honorable Analisa Torres, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: May 22, 2020
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge