```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OLSHAN FROME WOLOSKY LLP,                    :
                                             :          20-CV-2415 (RWL)
                        Plaintiff,           :
                                             :              ORDER
        - against -                          :
                                             :
PANTHEON ENVIRONMENTAL, LLC a/k/a            :
PANTHEON ENVIRONMENTAL, INC., et al.,        :
                                             :
                        Defendants.          :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court thanks the parties for the most recent status report. The parties have requested a settlement conference before a magistrate judge. As this case is slated to be a jury trial, I am available to serve that role if the parties agree; alternatively, I can refer settlement to one of my colleagues. Accordingly, by **October 13, 2020**, the parties shall file a joint letter indicating whether they prefer to have a settlement conference with me or with a different magistrate judge. The letter should not indicate either party's separate view but rather should simply indicate whether the parties agree. Absent agreement to have the settlement conference with me, I will refer the matter to a colleague.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record.