**BARNES & THORNBURG** LLP

2121 N. Pearl St., Suite 700
Dallas, Texas 75201-2469
(214) 258-4200 Phone
(214) 258-4199 Fax

www.btlaw.com

Benjamin T. Pendroff
(214) 258-4128
bpendroff@btlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

November 24, 2020

*Via ECF*
Honorable Robert W. Lehrburger
United States District Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1960
New York, NY 10007

Re: *Olshan Frome Wolosky v. Pantheon Environmental, et al.,* 20-cv-02415 (S.D.N.Y.) (the "Lawsuit")

Dear Judge Lehrburger:

We represent Defendants Pantheon Environmental, LLC, Hover Energy, LLC, Gentry Beach, Elizabeth Schick, and Eric Schick, and we write with the agreement of Plaintiff Olshan Frome Wolosky LLP and Defendant Albert McLelland (collectively, the "Parties"). During the Parties' November 23, 2020 telephonic settlement conference with this Court, the Parties agreed to resolve the Lawsuit and Your Honor indicated that the Court would be amenable to a stay of all discovery and upcoming deadlines while the Parties finalize their settlement agreement. Accordingly, the Parties respectfully request that the Court stay all discovery and upcoming deadlines in the Lawsuit until further request from a Party.

Thank you in advance for your continued attention to this matter.

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/ Benjamin T. Pendroff*
Benjamin T. Pendroff

cc: Scott Shaffer, Esq.
    Martin Patrick Averill, Esq.

Stay granted. The parties shall report on status by **December 23, 2020**.

SO ORDERED:
11/24/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE